IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Criminal No. 14-00063-01-CR-W-DW |
| | ) | |
| JOSE FEDERICO ALMEIDA-OLIVAS, | ) | |
| | ) | |
| Defendant. | ) | |

MEMORANDUM OF MATTERS DISCUSSED AND
ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**: On March 19, 2014, the Grand Jury returned a two count indictment against Jose Federico Almeida-Oivas. Defendant is charged in Count 1 with conspiracy to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in an amount of five hundred grams or more, contrary to the provisions of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A), and in Count 2 with knowingly and intentionally using a communications facility, to wit: a telephone, to facilitate the felonious distribution of methamphetamine, a Schedule II controlled substance, contrary to the provisions of Title 21, United States Code, Section 846.

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
        Government: Joseph A. Marquez/Adam Caine
        Case Agent: Brent Yoshikawa, Special Agent Department of Homeland Security
        Defense: Cenobio Lozano, Jr.

**OUTSTANDING MOTIONS**:

| 07/31/2015 | 37 | MOTION in limine by Jose Federico Almeida-Olivas |
|---|---|---|

**TRIAL WITNESSES**:
        Government: 8-9 without stipulations
        Defendants: 1 possible witness, the defendant

**TRIAL EXHIBITS:**
        Government: 48 exhibits
        Defendant: 0 exhibits for defendant

**DEFENSES**:  General denial

**POSSIBLE DISPOSITION**:
    ( X ) Definitely for trial; (  ) Possibly for trial; (  ) Likely a plea will be worked out

**TRIAL TIME:  2 ½-3 days**
    Government's case including jury selection:  2 days
    Defense case: ½-1 day

**STIPULATIONS**:  The parties will confer to try and reach an agreement that the English translations of Spanish audio recordings are accurate.

**UNUSUAL QUESTIONS OF LAW:** Any unusual issues have been raised in the motion in limine and in the motion asking for a hearing on the admissibility of co-conspirator statements.

**FILING DEADLINES:**

    **Witness and Exhibit List**
    Government: Friday before the pretrial conference
    Defense: Friday before the pretrial conference
    **Counsel are requested to list witnesses in alphabetical order on their witness list.**

    **Exhibit Index, Voir Dire, Jury Instructions:  Noon, Wednesday, August 12, 2015**
    **Please Note**: Jury instructions must comply with Local Rule 51.1

**TRIAL SETTING**: Criminal jury trial docket set for August 17, 2015
    **Please note:**  Counsel for the government requests the first week of the docket.

**IT IS SO ORDERED.**

                                          /s/ *Sarah W. Hays*
                                          SARAH W. HAYS
                                UNITED STATES MAGISTRATE JUDGE