IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Criminal No. 14-00063-01-CR-W-DW |
| | ) | |
| JOSE FEDERICO ALMEIDA-OLIVAS, | ) | |
| | ) | |
| Defendant. | ) | |

MEMORANDUM OF MATTERS DISCUSSED AND
ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**: On March 19, 2014, the Grand Jury returned a two count indictment against Jose Federico Almeida-Olivas. Defendant is charged in Count 1 with conspiracy to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in an amount of five hundred grams or more, contrary to the provisions of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A), and in Count 2 with knowingly and intentionally using a communications facility, to wit: a telephone, to facilitate the felonious distribution of methamphetamine, a Schedule II controlled substance, contrary to the provisions of Title 21, United States Code, Section 846.

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
    Government: Joseph A. Marquez/Adam Caine
    Case Agent: Brent Yoshikawa, Special Agent Department of Homeland Security
    Defense: Cenobio Lozano, Jr.

**TRIAL WITNESSES**:
    Government: 8-9 without stipulations
    Defendants: 1 possible witness, the defendant

**TRIAL EXHIBITS:**
    Government: 53 exhibits
    Defendant: 0 exhibits for defendant

**OUTSTANDING MOTIONS:**
1. Government's Notice of Intent to Offer Evidence Pursuant to Rule 404(b) (Doc. # 69)
2. Defendant's Supplemental Motion in Limine (doc. # 72)

**DEFENSES**: General denial

**POSSIBLE DISPOSITION**:
( X ) Definitely for trial; (  ) Possibly for trial; (  ) Likely a plea will be worked out

**TRIAL TIME: 3-4 days**
Government's case including jury selection: 3-4 days
Defense case: ½ day or less

**STIPULATIONS**: Mr. Lozano will stipulate that the English translations of the Spanish audio recordings are accurate.

**UNUSUAL QUESTIONS OF LAW:** During the prosecutor's opening statement in the first trial, he referred to the case as a drug smuggling case. Defense counsel believes this mischaracterizes the case, and he will file a motion in limine seeking to prohibit the government from referring to this as a drug smuggling case. (Motion filed on December 21, 2015, doc. # 72) The Government will respond promptly.

**FILING DEADLINES:**

**Witness and Exhibit List**
Government: Friday before the pretrial conference
Defense: Friday before the pretrial conference
**Counsel are requested to list witnesses in alphabetical order on their witness list.**

**Exhibit Index, Voir Dire, Jury Instructions: Noon, Wednesday, December 23, 2015.**
**Please Note**: Jury instructions must comply with Local Rule 51.1

**TRIAL SETTING**: Criminal jury trial docket set for January 4, 2016.
**Please note: Counsel request the second week of the docket.**

**IT IS SO ORDERED.**

/s/ *Sarah W. Hays*
SARAH W. HAYS
UNITED STATES MAGISTRATE JUDGE